UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN RODRIGUEZ, MARCELINO MARTE, JESUS RODRIGUEZ, on behalf of themselves and all similarly situated individual employees and former employees of Canada Dry Bottling Company of New York, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CANADA DRY BOTTLING COMPANY, L.P.; ABC CORPORATION (1-20); XYZ CORPORATION (1-20); JOHN DOES (1-10); and JANE DOES (1-10), <br><br> Defendants. | Civil Action No. 2:14-cv-06897-KSH-CLW <br><br> *Document Electronically Filed* <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that, on this date, I caused the following documents to be electronically filed with the United States District Court for the District of New Jersey on behalf of Defendant Canada Dry Bottling Company of New York, L.P., incorrectly identified in the Complaint as "Canada Dry Bottling Company, L.P.":

1) Notice of Defendant's Partial Motion to Dismiss Certain Claims/Damages Pleaded in Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

2) Memorandum of Law in Support of Defendant's Partial Motion to Dismiss Certain Claims/Damages Pleaded in Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

3) Proposed Order; and

4) This Certificate of Service

and to be simultaneously served upon:

Robert A. Tandy, Esq.
Law Office of Robert A. Tandy, LLC
50 Tice Boulevard – Suite 363
Woodcliff Lake, New Jersey 07677
Attorney for Plaintiffs

via CM/ECF.

I further certify that I caused two courtesy copies of each of the aforementioned documents to be served by First Class Mail upon:

> Honorable Katharine S. Hayden, U.S.D.J.
> United States District Court
> Martin Luther King Building and U.S. Courthouse
> 50 Walnut Street
> Room 4015
> Newark, New Jersey 07101

Per Judge Hayden's Judicial Preferences, I further certify that an electronic version of the Proposed Order was served upon Judge Hayden via email, in Microsoft Word format, at:

> njdnef_hayden@njd.uscourts.gov.

                     *s/ Patrick G. Brady*
                     Patrick G. Brady
                     Epstein Becker & Green, P.C.
                     One Gateway Center
                     Newark, New Jersey 07102
                     Telephone:  (973) 642-1900
                     Facsimile:  (973) 642-0099
                     Email:  pbrady@ebglaw.com
                     Attorneys for Defendant
                     Canada Dry Bottling Company of New York, L.P.

DATED:  December 17, 2014